1054

No. 75–663.   VAUGHN *v.* G. D. SEARLE & Co.   Sup. Ct. Ore.   Certiorari denied.

No. 75–664.   SCHURMANN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 75–667.   EXHIBITORS POSTER EXCHANGE, INC., ET AL. *v.* NATIONAL SCREEN SERVICE CORP. ET AL.; and POSTER EXCHANGE, INC. *v.* NATIONAL SCREEN SERVICE CORP. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 75–668.   AMERICAN INVESTMENT CO. ET AL. *v.* HARRIS.   C. A. 8th Cir.   Certiorari denied.

No. 75–673.   NATIONAL SHIPPING & TRADING CORP. ET AL. *v.* INTEROCEAN SHIPPING CO.   C. A. 2d Cir.   Certiorari denied.

No. 75–674.   WHEELING-PITTSBURGH STEEL CORP. *v.* GRIFFITH ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 75–675.   SCHWARTZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 75–683.   NMS INDUSTRIES, INC. *v.* SCHWARTZ ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 75–685.   TUCKER *v.* KENTUCKY BAR ASSN.   Ct. App. Ky.   Certiorari denied.

No. 75–686.   ZAMRZLA *v.* SANDERS.   Ct. App. Okla. Certiorari denied.